Donald J. Farley
ISB #1561; djf@powerstolman.com
W. Dustin Charters
ISB #8710; wdc@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
345 Bobwhite Court, Suite 150
Post Office Box 9756
Boise, Idaho  83707
Telephone:  (208) 577-5100
Facsimile:  (208) 577-5101
W:\76\76-009\Pleadings\Notice Removal - Federal.docx

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ZACHARY LEHMKUHL, individually, and on behalf of others similarly situated, | |
| Plaintiff, | Case No. |
| vs. | **NOTICE OF REMOVAL** |
| BONNEVILLE BILLING AND COLLECTIONS, INC., a Utah corporation, | |
| Defendant. | |

COMES NOW Defendant, Bonneville Billing and Collections, Inc., by and through undersigned counsel of record, and hereby removes this civil action and gives notice to this Court of the removal this action from the District Court of the Seventh Judicial District of the State of Idaho, Madison County, to the United States District Court for the District of Idaho, pursuant to 28 U.S.C. §1331, 1332, 1441, and 1446, and as grounds for such removal, states as follows:

**NOTICE OF REMOVAL - 1**

## PLEADINGS AND PROCEDURE

1.      On November 14, 2017, Plaintiff Zachary Lehmkuhl filed a Complaint in the District Court of the Seventh Judicial District, in and for the County of Madison, State of Idaho, styled Zachary Lehmkuhl vs. Bonneville Billing and Collections, Inc., a Utah corporation, Case No. CV-17-776.

2.      Bonneville Billing and Collections, Inc. is Defendant in said civil action and was served with the Summons and Complaint therein on November 20, 2017.

3.      This Notice of Removal has been filed within thirty days after Defendant was served with the Complaint in this matter.  Removal is, therefore, timely in accordance with 28 U.S.C. §1446(b).

4.      Pursuant to 28 U.S.C. §1446(a) and Local Rule-Civil Rule 81.1(a), all process, pleadings, and orders known to and/or served upon Defendant Bonneville Billing and Collections, Inc. in said civil action, along with the copy of the register of the action, are attached hereto as follows:

      a.   Register of action *Exhibit A*;

      b.   Summons *Exhibit B*;

      c.   Complaint *Exhibit C*;

      d.   Affidavit of Service *Exhibit D*; and

      e.   Notice of Appearance *Exhibit E*.

    f.      Venue is proper in the United States District Court for the District of Idaho pursuant to 28 U.S.C. §1441(a) and 1446(a) because it is the Federal Court embracing the District Court of the Seventh Judicial District, Madison County, State of Idaho, where this subject action was originally filed.

g.      Notice of Removal is provided to all parties appearing in the action and filed with the Clerk of the Court for Madison County, Idaho.

h.      All procedural requirements for removal have been satisfied.

## FEDERAL QUESTION JURISDICTION, 28 U.S.C. §1331

i.      The United States District Court for the District of Idaho has jurisdiction of this matter pursuant to 28 U.S.C. §1331 because Plaintiff's Complaint asserts a civil claim arising under the laws of the United States; namely, Plaintiff's Complaint alleges causes of action under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq.

## DIVERSITY JURISDICTION, 28 U.S.C. §1332(a)

j.      The United States District Court for the District of Idaho also has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a) because Plaintiff and Defendant are citizens of different states, no defendant is a resident of the State of Idaho, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

k.      According to the allegations of the Complaint, Plaintiff is a resident of the State of Idaho and Defendant Bonneville Billing and Collections, Inc. is a Utah corporation. Defendant has its principal place of business in the state of Utah.

l.      Accordingly, there is diversity of citizenship between the parties named in this action.

m.      The Complaint alleges that the Plaintiff has brought the action individually and on behalf of others allegedly similarly situated, and seeks certification of the action as a class action. Further, the prayer for relief in the Complaint seeks an award of statutory damages of $1000 for the class representative and $500,000 or 1% of Defendants net worth, whichever is less, for class members.  The amount in controversy, on information and belief, exceeds the sum of $75,000 based upon the allegations in the Complaint.

## CONCLUSION

n.      Wherefore, Defendant Bonneville Billing and Collections, Inc. respectfully requests that this action proceed in the United States District Court for the District of Idaho as a matter properly removed thereto.

o.      By this Notice of Removal, Defendant does not waive any objections or defenses they may have to this action.  Defendants do not intend any admission of fact, law, or liability by this Notice and expressly reserves all defenses and motions and response to the Complaint served on the Defendant.

DATED this __7__ day of December, 2017.

POWERS TOLMAN FARLEY, PLLC

By _____
Donald J. Farley - Of the Firm
W. Dustin Charters – Of the Firm
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __7__ day of December, 2017, the foregoing document was:

__X__ Electronically filed with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Ryan Ballard                          ryanballardlaw@gmail.com
Beth E. Terrell                        bterrell@terrellmarshall.com
Paul Arons                            lopa@rockisland.com

_____
Donald J. Farley

**NOTICE OF REMOVAL - 4**

Ryan Ballard
Ballard Law, PLLC
P.O. Box 38
Rexberg, Idaho 83440
*Attorney for Plaintiff*

| | |
|---|---|
| ___ | U.S. Mail, Postage Prepaid |
| ___ | Hand Delivered |
| ___ | Overnight Mail |
| X | Telecopy |
| ___ | iCourt e-file |
| ___ | E-Mail – ryanballardlaw@gmail.com |

Beth E. Terrell
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Fax: (206) 319-5450

| | |
|---|---|
| ___ | U.S. Mail, Postage Prepaid |
| ___ | Hand Delivered |
| ___ | Overnight Mail |
| X | Telecopy |
| ___ | iCourt e-file |
| ___ | E-Mail – bterrell@terrellmarshall.com |

Paul Arons
Law Office of Paul Arons
685 Spring Street, Suite 104
Friday Harbor, Washington 98250
Fax: (360) 378-6498

| | |
|---|---|
| ___ | U.S. Mail, Postage Prepaid |
| ___ | Hand Delivered |
| ___ | Overnight Mail |
| X | Telecopy |
| ___ | iCourt e-file |
| ___ | E-Mail – lopa@rockisland.com |

Donald J. Farley