Donald J. Farley
ISB #1561; djf@powerstolman.com
W. Dustin Charters
ISB #8710; wdc@powerstolman.com
POWERS TOLMAN FARLEY, PLLC
702 W. Idaho Street, Suite 700
Post Office Box 9756
Boise, Idaho  83707
Telephone:  (208) 577-5100
Facsimile:  (208) 577-5101
W:\76\76-009\Pleadings\Dismissal - Stip.docx

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| ZACHARY LEHMKUHL, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BONNEVILLE BILLING AND COLLECTIONS, INC., a Utah corporation,<br><br>Defendant. | Case No. 4:17-cv-00503-DCN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |
|---|---|

**COME NOW** Plaintiff ZACHARY LEHMKUHL, and Defendant BONNEVILLE BILLING AND COLLECTIONS, INC., by and through their undersigned counsel of record, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate and agree that the Plaintiff's Complaint and all causes of action against Defendant in the above-entitled matter be dismissed, with prejudice, each party to bear their own attorney fees and costs, on the grounds and for the reason that the parties have settled this case.

///
///

**STIPULATION FOR DISMISSAL WITH PREJUDICE** - 1

DATED this   1st    day of June, 2018.

        POWERS TOLMAN FARLEY, PLLC

        By     /s/ Donald J. Farley
          Donald J. Farley - Of the Firm
          W. Dustin Charters – Of the Firm
          Attorneys for Defendant

DATED this   1st    day of June, 2018.

        LAW OFFICE OF PAUL ARONS

        By     /s/ Paul Arons
          PAUL ARONS
          Attorneys for Plaintiff

DATED this   1st    day of June, 2018.

        BALLARD LAW, PLLC

        By     /s/ Ryan Ballard
          RYAN BALLARD
          Attorneys for Plaintiff

DATED this   1st    day of June, 2018.

        TERRELL MARSHALL LAW GROUP PLLC

        By     /s/ Beth Terrell
          BETH TERRELL
          Attorneys for Plaintiff

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the <u> 1st </u> day of June, 2018, the foregoing document was:

  <u> X </u> Electronically filed with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Ryan Ballard | ryanballardlaw@gmail.com |
| Paul Arons | lopa@rockisland.com |
| Beth E. Terrell | bterrell@terrellmarshall.com |
| Blythe H. Chandler | bchandler@terrellmarshall.com |
| Maria Hoisington-Bingham | mhoisington@terrellmarshal.com |

  /s/ Donald J. Farley
  Donald J. Farley
  W. Dustin Charters