IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ZACHARY LEHMKUHL, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BONNEVILLE BILLING AND COLLECTIONS, INC., a Utah corporation,<br><br>Defendant. | Case No. 4:17-cv-00503-DCN<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Honorable David C. Nye |

**THIS MATTER** having come before the Court upon the parties' Stipulation for Dismissal with Prejudice, and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint and all causes of action are dismissed, with prejudice, each party to bear their own attorney fees and costs.

DATED: June 5, 2018

_____
David C. Nye
U.S. District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1